**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PENZANCE CASCADES NORTH, LLC,** | **Case No. 10-16643 (REG)** |
| **Debtor.** | |
| **In re:** | **Chapter 11** |
| **PENZANCE CASCADES WEST, LLC** | **Case No. 10-16644 (REG)** |
| **Debtor.** | |
| **In re:** | **Chapter 11** |
| **PENZANCE PARKRIDGE TWO, LLC,** | **Case No. 10-16645 (REG)** |
| **Debtor.** | |
| **In re:** | **Chapter 11** |
| **PENZANCE PARKRIDGE FIVE, LLC,** | **Case No. 10-16646 (REG)** |
| **Debtor.** | |

## ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 1015(b)

Upon the motion (the "Motion")[1] dated December 30, 2010 of Penzance Cascades

North, LLC and its affiliated debtors, as debtors in possession (collectively, the "Debtors"), for

the entry of an order, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure

(the "Bankruptcy Rules") directing joint administration of the Debtors' chapter 11 cases for

procedural purposes only, as more fully described in the Motion; and upon consideration of the

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

Chase Declaration; and it appearing that the relief requested is in the best interests of the

Debtors' estates, their creditors and other parties in interest; and the Court having jurisdiction to

consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and

consideration of the Motion and the relief requested therein being a core proceeding pursuant to

28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and

1409; and due and proper notice of the Motion having been provided, and it appearing that no

other or further notice need be provided; and after due deliberation and sufficient cause

appearing therefor, it is hereby ORDERED THAT:

1.     The Motion is GRANTED as provided herein.

2.     The above-captioned chapter 11 cases are consolidated for procedural purposes

only and shall be jointly administered by this Court under Case No. 10-16643 (REG).

3.     The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PENZANCE CASCADES NORTH, LLC,** *et al.*, | **Case No. 10-16643 (REG)** |
| **Debtors.** | **(Jointly Administered)** |

4.     A docket entry shall be made in each of the above-captioned cases substantially as

follows:

> An order has been entered in accordance with Rule 1015(b) of the
> Federal Rules of Bankruptcy Procedure directing the procedural
> consolidation and joint administration of the chapter 11 cases of
> Penzance Cascades North, LLC, Penzance Cascades West, LLC,
> Penzance Parkridge Two, LLC and Penzance Parkridge Five, LLC.

All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, **Case No. 10-16643 (REG)**.

5.      One consolidated docket, one file and one consolidated service list shall be maintained by the Debtors and kept by the Clerk of the United States Bankruptcy Court for the Southern District of New York.

6.      Notice of the Motion as provided herein shall be deemed good and sufficient.

7.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Debtors' chapter 11 cases.

8.      The Debtors' are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9.      The Debtors shall be permitted to file their monthly operating reports required by the United States Trustee Operating Guidelines on a consolidated basis; *provided, however*, that disbursements will be listed on a debtor-by-debtor basis.

10.     The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

Date: ***January 24, 2011***
       New York, New York            ***s/ Robert E. Gerber***
                                      HONORABLE ROBERT E. GERBER
                                      UNITED STATES BANKRUPTCY JUDGE